FILED

05/27/2020

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 19-0559

IN THE SUPREME COURT OF THE STATE OF MONTANA

DA 19-0559

_____

IN THE MATTER OF:

L.O.,                                                    O R D E R

     A Youth in Need of Care.


_____


Pursuant to the Internal Operating Rules of this Court, this cause is classified for submission on briefs to a five-justice panel of this Court.

The Clerk is directed to provide a copy hereof to all counsel of record and to the Honorable Elizabeth Best, District Judge.

For the Court,

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
May 27 2020